RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendants, Progressive Advanced Insurance Company; Progressive Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA DELGADO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY; PROGRESSIVE CORPORATION; and DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>　　　　　Defendant. | Case No:  2:13-CV-01715-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between BROCK K. OHLSON, ESQ., of the law firm of BROCK K. OHLSON, PLLC, attorneys for Plaintiff, CHRISTINA DELGADO, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants, PROGRESSIVE ADVANCED INSURANCE COMPANY and PROGRESSIVE CORPORATION, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 4/23/15

BROCK K. OHLSON, PLLC

By_____
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
6018 S. Fort Apache, Suite 150
Las Vegas, Nevada  89148
(702) 982-0055
Attorneys for Plaintiff

DATED: 4-27-15

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
(702) 839-1100
Attorneys for Defendants

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of May, 2015.

Submitted by:

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorneys for Defendants, Progressive Advanced Insurance Company; Progressive Corporation**